IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL MCCAIN, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:24-cv-00325 |
| ) | Judge Trauger |
| BONNIE LEE PHELPS, ET AL., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On June 28, 2024, the Magistrate Judge issued a Report and Recommendation (Doc No. 24), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Unopposed Motion for Default Judgment Against Defendant Ashley Renee Steedly (Doc. No. 20) is GRANTED, and final judgment is hereby ENTERED that: Defendant Ashley Renee Steedly has forfeited any claim to any benefits described in the "Pre-Retirement Death Benefit" section of the applicable "Amendment, Restatement and Continuation of Plan of Benefits"; and (ii) Defendant Bonnie Lee Phelps, by virtue of her status as the sole remaining interpleader Defendant, is entitled to any benefits described in the "Pre-Retirement Death Benefit" section of the applicable "Amendment, Restatement and Continuation of Plan of Benefits."

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge